1   McGREGOR W. SCOTT
    United States Attorney
2   COURTNEY J. LINN
    Assistant U.S. Attorney
3   501 I Street, Suite 10-100
    Sacramento, CA 95814
4   Telephone:  (916) 554-2700

5

6

7

8           IN THE UNITED STATES DISTRICT COURT FOR THE

9              EASTERN DISTRICT OF CALIFORNIA

10   UNITED STATES OF AMERICA,

11           Plaintiff,

12         v.

13   APPROXIMATELY $77,342.80 IN U.S.
    CURRENCY SEIZED FROM WELLS FARGO
14   BANK ACCOUNT NUMBER 5153336770,

15

16           Defendant.

17

|  |  |
|---|---|
|  | 2:05-CV-01462-GEB-KJM |
|  | APPLICATION AND ORDER FOR PUBLICATION |

18      The United States of America, plaintiff herein, applies for an

19 order of publication as follows:

20      1.   Rule C(4) of the Supplemental Rules for Certain Admiralty

21 and Maritime Claims provides that the plaintiff shall cause public

22 notice of the action and arrest to be given in a newspaper of

23 general circulation in the district, designated by order of the

24 Court;

25      2.   Local Rule 83-171, Eastern District of California,

26 provides that the Court shall designate by order the appropriate

27 newspaper for publication;

28

1        3.    The defendant funds were seized in Shasta County,

2   Redding, California;

3        4.    Plaintiff proposes that publication be made as follows:

4             a.    One publication;

5             b.    In the following newspaper, a legal newspaper of

6   general circulation, located in the county in which the defendant

7   funds were seized: Record Searchlight;

8             c.    The publication to include the following:

9                  (1)   The Court, title and number of the action;

10                  (2)   The date of the arrest/seizure;

11                  (3)   The identity and/or description of the property

12   arrested/seized;

13                  (4)   The name, address and telephone number of the

14   attorney for the plaintiff;

15                  (5)   A statement that claims of persons entitled to

16   possession or claiming an interest pursuant to Supplemental Rule

17   C(6) of the Federal Rules of Admiralty must be filed with the Clerk

18   and served on the attorney for the plaintiff within 30 days after

19   the date of publication;

20                  (6)   A statement that answers to the complaint must

21   be filed and served within 20 days after the filing of the claims

22   and, in the absence thereof, default may be entered and

23   condemnation ordered;

24                  (7)   A statement that applications for intervention

25   under Fed. R. Civ. P. 24 by persons claiming maritime liens or

26   other interests shall be filed within the 30 days allowed for

27   claims for possession; and

28                                          2

(8)   The name, address, and telephone number of the Department of Homeland Security/U.S. Customs and Border Protection.


DATED: 7/20/05                          McGREGOR W. SCOTT
                                        United States Attorney

                                        /s/ Courtney J. Linn
                                        COURTNEY J. LINN
                                        Assistant U.S. Attorney




**ORDER**

     IT IS SO ORDERED.


DATE:  August 31, 2005.



_____
UNITED STATES MAGISTRATE JUDGE

3