

SEP 21 2005

```
BLACKMON & ASSOCIATES
CLYDE M. BLACKMON (SBN 36280)
JONATHAN C. TURNER (SBN 191540)
EMILY E. DORINGER (SBN 208727)
FRED N. DAWSON (SBN 43306)
Hall of Justice
813 Sixth Street, Suite 450
Sacramento, CA  95814
Telephone: (916) 441-0824

Attorneys for Potential Claimant
CHRIS LEFEVRE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>   vs.<br><br>APPROXIMATELY $77,342.80 IN U.S. CURRENCY SEIZED FROM WELLS FARGO BANK ACCOUNT NUMBER 5153336770,<br><br>     Defendants. | No.: 2:05-CV-01462-GEB-KJM<br><br>STIPULATION TO CONTINUE DATE TO FILE RESPONSES AND STATUS CONFERENCE; DECLARATION IN SUPPORT OF STIPULATION; AND [PROPOSED] ORDER<br><br>Date: November 14, 2005<br>Time: 10:00 a.m.<br>Judge: Garland E. Burrell, Jr. |

   IT IS HEREBY STIPULATED between the potential claimant, Chris Lefevre, through his undersigned counsel Fred N. Dawson of Blackmon & Associates, and the United States, through its undersigned counsel, Courtney J. Linn, that the status conference now set in this matter for October 3, 2005 at 10:00 a.m. be continued to November 14, 2005 at 10:00 a.m. before the Honorable Garland E. Burrell, Jr., United States District Court Judge.

   IT IS FURTHER STIPULATED between the parties that all other scheduling dates will be similarly continued, specifically the development of the proposed discovery plan 21 calendar days

- 1 -

1 before the status conference and the filing of a joint status
2 report 14 days before the scheduling conference.
3   IT IS FURTHER STIPULATED that the potential claimant, Chris
4 Lefevre shall have time extended to file a claim and answer in
5 this matter on or before October 7, 2005.
6   This stipulation is entered into because defense counsel
7 has been recently retained, the potential claimant is now in
8 Uruguay, and the case involves financial transactions in both
9 the Eastern District and the Southern District which will
10 require additional time to investigate and develop the necessary
11 factual information to prepare appropriate responses.
12   IT IS SO STIPULATED:

DATED: September 14, 2005  /s/Fred N. Dawson
            BLACKMON & ASSOCIATES
            Attorneys for Potential Claimant
            CHRIS LEFEVRE

DATED: September 14, 2005  /s/ Courtney Linn
            Assistant U.S. Attorney

**DECLARATION IN SUPPORT OF STIPULATION**

I, Fred N. Dawson, declare:

1. I am Of Counsel to the firm of Blackmon & Associates and have undertaken work on behalf of the potential claimant in this matter, Chris Lefevre.

2. Mr. Lefevre now resides in Uruguay and communication with him is by telephone. He retained this firm on or about August 24, 2005.

3. The allegations in the Complaint involve monetary transactions that occurred in 2004 and early 2005 in both Northern California and Southern California. Investigation must be conducted regarding those transactions in order to prepare appropriate pleadings for filing in this matter.

4. In discussions between counsel for the undersigned and counsel for government, Mr. Linn, it is believed that continuances now to allow time to investigate may lead to possible early resolution of this forfeiture proceeding without further delays to conduct extensive discovery.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

This Declaration was executed in Sacramento, California on the 14th day of September 2005.

/s/Fred N. Dawson
BLACKMON & ASSOCIATES
Attorneys for Potential Claimant
CHRIS LEFEVRE

**PROPOSED ORDER**

    Having considered the submissions of the parties, the Court finds and hereby ORDERS that the above-captioned case be scheduled for a status conference on November 14, 2005 at ~~10:00~~ 9:00 a.m. A joint status report shall be filed no later than October 31, 2005.

Dated: September 20, 2005

                                Garland E. Burrell, Jr.
                                Judge, U.S. District Court