1  McGREGOR W. SCOTT
   United States Attorney
2  COURTNEY J. LINN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700

5

6

7

8           IN THE UNITED STATES DISTRICT COURT FOR THE

9                 EASTERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA,        | 2:05-CV-01462-GEB/KJM
11 |        Plaintiff,                |
                                      | **STIPULATION AND ORDER**
12 |    v.                            |
13 | APPROXIMATELY $77,342.80 IN U.S. |
   | CURRENCY SEIZED FROM WELLS FARGO |
14 | BANK ACCOUNT NUMBER 5153336770,  |
15 |        Defendant.                |

16

17     Plaintiff, United States of America and potential claimant Chris
18 Lefevre, by and through their respective counsel, stipulate that they
19 have reached a tentative settlement of this matter.  It remains for
20 the United States to complete the process of providing notice by
21 publication, and confirm that there are no other claimants.  That
22 process may take forty-five days.  The parties must also reduce the
23 settlement to writing. Accordingly, the parties stipulate that the
24 Court enter the following orders:
25     1.  Pursuant to Local Rule 16-160, and for good cause shown, the
26 parties shall submit dispositional documents within 45 days of the
27 date of this order.
28

1    2.  All current scheduling dates and pleading deadlines,
2  including the dates for filing a claim and answer, are hereby vacated.
3    IT IS SO STIPULATED.

5  DATED: 10/7/05                    McGREGOR W. SCOTT
                                     United States Attorney

7                                    /s/ Courtney J. Linn
                                     COURTNEY J. LINN
8                                    Assistant U.S. Attorney

10 DATED: 10/7/05                    /s/ Clyde M. Blackmon
                                     CLYDE BLACKMON
11                                   Counsel for potential claimant
                                     Chris Lefevre

13                       (Original signature retained by attorney)

14   IT IS SO ORDERED.
15 Dated:  October 12, 2005

17                                   /s/ Garland E. Burrell, Jr.
                                     GARLAND E. BURRELL, JR.
                                     United States District Judge

2