1 | McGREGOR W. SCOTT
United States Attorney
2 | COURTNEY J. LINN
Assistant U.S. Attorney
3 | 501 I Street, Suite 10-100
Sacramento, CA 95814
4 | Telephone:  (916) 554-2700

5

6

7

8 | IN THE UNITED STATES DISTRICT COURT FOR THE

9 | EASTERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA,          2:05-CV-01462-GEB/KJM

11 |          Plaintiff,

12 |      v.                           **STIPULATION AND ORDER**

13 | APPROXIMATELY $77,342.80 IN U.S.
CURRENCY SEIZED FROM WELLS FARGO
14 | BANK ACCOUNT NUMBER 5153336770,

15 |          Defendant.

16

17 | On or about October 13, 2005, this Court entered an Order

18 | requiring the parties to submit dispositional documents within 45 days

19 | of the date of the order.  Publication in this action has taken longer

20 | than the government initially foresaw, and the period for filing

21 | claims is now expected to expire on December 14, 2005.  Accordingly,

22 | the parties stipulate that the Court enter the following order:

23 | ///

24 | ///

25 | ///

26 | ///

27 | ///

28 | ///

1      1.   The parties shall submit dispositional documents by December

2  18, 2005.

3          IT IS SO STIPULATED.

4

5  DATED: 11/14/05                    McGREGOR W. SCOTT
                                      United States Attorney
6

7                                     /s/ Courtney J. Linn
                                      COURTNEY J. LINN
8                                     Assistant U.S. Attorney

9

10  DATED: 11/14/05                   /s/ Fred N. Dawson
                                      FRED N. DAWSON
11                                    Counsel for potential claimant
                                      Chris Lefevre
12                                    (Original  signature  retained  by
                                      attorney)
13

14     For cause shown, IT IS SO ORDERED.

15
   DATED:  November 15, 2005
16
                                      /s/ Garland E. Burrell, Jr.
17                                    GARLAND E. BURRELL, JR.
                                      United States District Judge
18

19

20

21

22

23

24

25

26

27

28
                                      2